**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BIOQUELL, INC.,** | : | |
| | : | |
| | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 10-2205** |
| | : | |
| **STEVEN FEINSTEIN, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

<u>**ORDER**</u>

 **AND NOW,** this _____ day of February 2011, upon consideration of Plaintiff's Motion for a

Preliminary Injunction (Doc. 3) and Defendants' Response in Opposition thereto (Docs. 16-17), **IT**

**IS HEREBY ORDERED and DECREED** that the Motion is **DENIED**.

      **BY THE COURT:**

      **/s/ Petrese B. Tucker**

      _____

      **Hon. Petrese B. Tucker, U.S.D.J.**